FILED

05 DEC 12  PM 5: 05

CLER... ...RIST COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE MAINTENANCE LOCAL 416 (TEAMSTERS) HEALTH AND WELFARE FUND, et al., | ) ) ) ) | CASE NO. 1:05CV2231 |
| | ) | JUDGE GAUGHAN |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RANEY TIRE, INC., | ) ) | |
| Defendant. | ) | **STIPULATED JUDGMENT** |

Pursuant to the consent of the parties, judgment is hereby entered in favor of the plaintiffs Trustees of the Maintenance Employees Local 416 Health and Welfare Fund, Trustees of the Maintenance Employees Local 416 Pension Fund, and Maintenance Employees Local Union 416, and against defendant Raney Tire, Inc. in the amount of $10,285.00, with interest at six percent, which judgment shall be deemed satisfied in full, and execution shall not proceed, provided defendant pays to plaintiffs the sum of $1,000.00 on or before January 15, 2006, and additional payments of $1,000 on the 15th of each succeeding month until the judgment, with interest, is paid in full. Plaintiffs will not execute on the judgment as long as payments are made within thirty (30) days of the date due hereunder. The parties shall bear their own costs.

IT IS SO ORDERED.

JUDGE PATRICIA GAUGHAN
UNITED STATES DISTRICT JUDGE

RANEY TIRE, INC.

By: Marty Blum, Its President
5525 Canal Road
Valley View, Ohio 44125

/s/Richard L. Stoper, Jr.
**ROTATORI, BENDER, GRAGEL STOPER
& ALEXANDER CO., L.P.A.**
By:     Susan L. Gragel (#0002785)
        Richard L. Stoper, Jr. (0015208)
800 Leader Building
526 Superior Avenue, N.E.
Cleveland, Ohio 44114
(216) 928-1010

Attorneys for Plaintiffs

2